1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

MICHAEL PETERSON and TONI
PETERSON,

11

No. C 19-00547 WHA

                Plaintiffs,

12
13

    v.

**SUA SPONTE REFERRAL FOR
PURPOSE OF DETERMINING
RELATIONSHIP**

14

WELLS FARGO BANK, N.A., WELLS
FARGO HOME MORTGAGE, and CLEAR
RECON CORP,

15
16

                Defendants.

                                              /

17
18

        Pursuant to Civil Local Rule 3-12, the above-captioned case is hereby **REFERRED** to the

19

Honorable Haywood S. Gilliam, Jr. for consideration of whether it is related to *Peterson v.*

20

*Wells Fargo Bank, N.A.*, Case No. 17-cv-05137.

21
22

        **IT IS SO ORDERED.**

23
24

Dated: March 12, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

25
26
27
28